UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ETIENNE L CHOQUETTE,<br><br>              Petitioner,<br><br>    v.<br><br>HOLBROOK.<br><br>              Respondent. | CASE NO. 3:15-CV-05839-RBL-JRC<br><br>ORDER ON MOTION FOR EXTENSION |

On December 18, 2015 Petitioner Etienne L. Choquette filed his application to proceed *in forma pauperis (IFP)*. Dkts. 1, 3, 4. On December 22, 2015, the Court ordered petitioner to show cause why his IFP application should not be denied or in the alternative, that petitioner may pay the $5.00 filing fee before January 22, 2016. Dkt. 7. On January 13, 2016, petitioner filed a motion for extension. Dkt. 8. Petitioner states that he has no income but that he does have over $80 in his institutional savings account and needs time to determine how to transfer those funds to the Court. *Id.*

The Court grants petitioner's motion for extension to pay the $5.00 filing fee. Petitioner shall pay the $5.00 filing fee on or before February 22, 2016.

1     Petitioner may wish to speak to his institutional counselor on how to submit a payment

2 from his institutional savings account at Washington State Penitentiary. Petitioner is advised that

3 he may submit his filing fee via mail to:

4     Clerk, U.S. District Court
    1717 Pacific Ave, Room 3100
5     Tacoma, WA 98402

6     In the alternative, petitioner may call the Tacoma courthouse at 253.882.3800 to submit

7 payment. The Clerk of Court accepts credit card payments, money orders, and personal checks.

8     Dated this 14th day of January, 2016.

                                                    J. Richard Creatura
                                                    United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION - 2