UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ETIENNE L. CHOQUETTE,

          Plaintiff,

    v.

HOLBROOK,

          Defendants.

CASE NO. 15-cv-05839 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #27].

(2) The Petition for Writ of Habeas Corpus (Dkt. 13) is DISMISSED, and a Certificate of Appealability is denied.

**DATED** this 24th day of August, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1